## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

JAMES MAYBERRY,

     Plaintiff,

v.

                                CASE NO.:  1:17-cv-00162-MW-GRJ

OPTIMUM OUTCOMES, INC.,

     Defendant.

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, James Mayberry, by and through his undersigned counsel, respectfully asks this Court to enter an order of Voluntary Dismissal without Prejudice, in this matter.

Respectfully submitted,

*/s/ Amanda J. Allen, Esq.*

Amanda J. Allen, Esquire
Florida Bar No. 98228
Amanda@TheConsumerProtectionFirm.com
The Consumer Protection Firm, PLLC
210 A South MacDill Avenue
Tampa, FL 33609
Tele:  (813) 500-1500
Fax:  (813) 435-2369
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on August 27, 2017, the foregoing was filed upon the parties using the CM/ECF system.  Respectfully submitted,

*/s/ Amanda J. Allen, Esq.*

Amanda J. Allen, Esquire

1